**Olando Ravi BHARAT, Petitioner–Appellant,**

v.

**Patrick CONROY; Attorney General for the State of Maryland, Respondents–Appellees.**

No. 02–6845.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 9, 2002.

Decided Oct. 25, 2002.

Larry Allen Nathans, Baltimore, Maryland, for Appellant. Ann Norman Bosse, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before WILLIAM D. WILKINS, MICHAEL, and KING, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Olando Ravi Bharat seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and conclude on the reasoning of the district court that Bharat has not made a substantial showing of the denial of a constitutional right. *See Bharat v. Conroy,* No. CA–02–142–S (D.Md. May 1, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal con-

tentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*